# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00216  Recorder: CS 05/30/2023  Date: 05/30/2023

Present: The Honorable Alka Sagar, U.S. Magistrate Judge

Court Clerk: Alma Felix  Assistant U.S. Attorney: Kenneth Carbajal

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| PHILIP ALAN DRECHSLER CUSTODY-PRESENT | KATE MORRIS DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge R. Gary Klausner.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 7/25/2023 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

The government is ordered to turn over any discovery within two weeks. If there are any problems regarding discovery, counsel are to file a joint report within two weeks.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: AF by TRB

cc: Statistics Clerk, PSALA USMLA

CR-85 (09/12)  CRIMINAL MINUTES - ARRAIGNMENT  Page 1 of 1