**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | Plaintiff, | **Western** Division |
| vs. | | Case Number: **2:23-CR-00216-RGK**    **Indictment** |
| | | Initial App. Date: **05/30/2023**    **Custody** |
| **Philip Alan Drechsler** | | Initial App. Time: **2:00 PM** |
| | Defendant. | Date Filed: **05/04/2023** |
| | | Violation: **18:2252** |
| | | CourtSmart/ Reporter: **CS 05/30/23** |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: **Alka Sagar** | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Felix, Alma | *Kenneth Carbajal* | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [ ] Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- [ ] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [ ] preliminary hearing OR [ ] removal hearing / Rule 20.
- [ ] Defendant states true name [ ] is as charged [ ] is _____
- [ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- [ ] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered **SEALED**.
- [x] Attorney: **Kate Morris, DFPD** [ ] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [ ] Special appearance by: _____
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
- [ ] Contested detention hearing is held. [x] Defendant is ordered: [ ] Permanently Detained [x] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived. [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] **PO/PSA WARRANT** [ ] Counsel are directed to contact the clerk for
  - District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM
- [ ] PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [x] Case continued to (Date) **06/06/23** (Time) **9:00** [x] AM [ ] PM
  - Type of Hearing: **Detention Hrg** Before Judge **Alka Sagar** /Duty Magistrate Judge.
  - Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom **540/Roybal**
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [x] Other: **PIA held, see separate minute order.**

[x] PSA [ ] USPO [ ] FINANCIAL    [x] CR-10 [ ] CR-29    [x] READY

Deputy Clerk Initials: **AF 03**