Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

```
┌─────────────────────────────┐
│          FILED              │
│  CLERK, U.S. DISTRICT COURT │
│                             │
│        5/30/2023            │
│                             │
│ CENTRAL DISTRICT OF CALIFORNIA│
│ BY: ____CD____    DEPUTY    │
└─────────────────────────────┘
```

# U.S. District Court
## Southern District of Ohio (Cincinnati)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00335-KLL-1

### 2:23-cr-00216-RGK

Case title: USA v. Drechsler

Date Filed: 04/19/2023

Other court case number: 2:23-mj-01874 Central District of California at Los Angeles

Date Terminated: 04/21/2023

---

Assigned to: Magistrate Judge Karen L. Litkovitz

**Defendant (1)**

**Philip Alan Drechsler**
*TERMINATED: 04/21/2023*

represented by **Richard W Monahan**
Federal Public Defender's Office
Chiquita Center
250 E. 5th Street, Suite 350
Cincinnati, OH 45202
513-929-4834
Fax: 513-929-4842
Email: Richard_Monahan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A.F - Distribution of Child Pornography | |

---

**Plaintiff**

**USA**

represented by **Ashley N. Brucato**
U.S. Department of Justice
221 E. 4th Street
Suite 400
Cincinnati, OH 45202
513-684-3711
Fax: 513-684-6385
Email: ashley.brucato@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kyle J Healey**
United States Attorney's Office
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202
513-684-3711
Fax: 513-684-2047
Email: kyle.healey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2023 | 1 | Rule 5(c)(3) Documents Received from the Central District of California at Los Angeles as to Philip Alan Dreschler. (art) (Entered: 04/19/2023) |
| 04/19/2023 | | Arrest (Rule 40) of Philip Alan Dreschler. (art) (Entered: 04/19/2023) |
| 04/20/2023 | 2 | CJA 23 Financial Affidavit by Philip Alan Dreschler. (art) (Entered: 04/20/2023) |
| 04/20/2023 | | REQUEST to Appoint Counsel by Philip Alan Dreschler. (art) (Entered: 04/20/2023) |
| 04/20/2023 | | Minute Entry" Case called this date before Magistrate Judge Karen L. Litkovitz for an Initial Appearance in Rule 5(c)(3) Proceedings as to Philip Alan Dreschler held on 4/20/2023. Defendant present with counsel (Richard Monahan, AFPD) and waived an identity hearing. Defendant was informed of his rights and the charges against him. Defendant was conditionally granted appointment of counsel for purposes of the initial appearance. USA and defendant agreed that defendant shall remain detained pending his removal back to the CD of California to answer the instant charges. Defendant requested that a detention hearing and a preliminary hearing be held in the CD of California. Court ordered that defendant be detained and committed to the CD of California at Los Angeles. (Recorded By: Courtsmart Recording) (art) (Entered: 04/21/2023) |
| 04/20/2023 | 3 | WAIVER of Rule 5(c)(3) Hearing by Philip Alan Dreschler. (art) (Entered: 04/21/2023) |
| 04/20/2023 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Philip Alan Dreschler. Defendant committed to CD of California at Los Angeles. (Copy issued to USM). Signed by Magistrate Judge Karen L. Litkovitz on 4/20/2023. (art) (Entered: 04/21/2023) |
| 04/21/2023 | | Case unsealed as to Philip Alan Drechsler. (art) (Entered: 04/21/2023) |

Case 1:23-mj-00335-KLL Doc #: 3 Filed: 04/20/23 Page: 1 of 1 PAGEID #: 32

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

<table>
<tr><td colspan="2">

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN District of OHIO

</td><td>

**I certify that this is a true and correct copy of the original filed in my office on** 04/20/2023
**Richard W. Nagel, Clerk**
**By:**
**Date:** 5/30/2023

</td></tr>
</table>

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:23-mj-335 |
| | ) | |
| PHILIP DRESCHLER | ) | Charging District's Case No.  2:23-mj-1874 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  **CD OF CALIFORNIA**

**LOS ANGELES**                                                                                                                      .

I have been informed of the charges and of my rights to:

(1)        retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)        an identity hearing to determine whether I am the person named in the charges;

(3)        production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)        a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)        a hearing on any motion by the government for detention;

(6)        request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒        an identity hearing and production of the warrant.

☐        a preliminary hearing.

☐        a detention hearing.

☒        an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: **4-20-23**

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Richard Monahan
*Printed name of defendant's attorney*

Case 1:23-mj-00335-KLL Doc #: 4 Filed: 04/20/23 Page: 1 of 1 PAGEID #: 33

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN District of OHIO

I certify that this is a true
and correct copy of the
original filed in my office
on   4/20/2023            ,
Richard W. Nagel, Clerk

By:
Date:   5/30/2023

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    1:23-mj-335 |
| | ) | |
| PHILIP ALAN DRECHSLER | ) | Charging District's |
| *Defendant* | ) | Case No.    2:23-mj-1874 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____ CD ____ District of ____ CALIFORNIA ____,

LOS ANGELES

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   4/20/2023                                      *Karen L. Litkovitz*
                                                       *Judge's signature*

KAREN L. LITKOVITZ, US MAGISTRATE JUDGE
*Printed name and title*