CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KATE L. MORRIS (Bar No. 332159)
(E-Mail: Kate_Morris@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
PHILIP ALAN DRECHSLER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00216-RGK |
| Plaintiff, | **DECLARATION IN SUPPORT OF BOND** |
| v. | |
| PHILIP ALAN DRECHSLER, | |
| Defendant. | |

Defendant Philip Alan Drechsler, by and through his attorney of record, Deputy Federal Public Defender Kate L. Morris, hereby files this Declaration by Evan M. Rosen in Support of Bond and attached Exhibit A.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 1, 2023      By  */s/ Kate L. Morris*

KATE L. MORRIS
Deputy Federal Public Defender
Attorneys for Philip Alan Drechsler

1

I, Evan M. Rosen, declare as follows:

1.     I am a former colleague and friend of defendant Philip Alan Drechsler (Phil) and have known Phil since 1987.

2.     I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. From 1987 until February of 1993, I worked with Phil at WTOL-TV in Toledo, Ohio where I was a reporter.

4. From February of 1993 until the present, I have been friends with Phil. In recent years, Phil has been an amateur coffee roaster and has roasted coffee beans for me on multiple occasions.

5. On or a about February 21, 2023, Phil informed me during a phone call that he would be taking a trip to Ohio in the coming weeks and would visit his disabled daughter in a nursing home in Cincinnati and then drive to the Toledo area and visit with his extended family and potentially with former colleagues of ours from WTOL-TV. Subsequently, I spoke with a mutual friend and former colleague in Toledo and let him know that Phil would be visiting Toledo sometime soon, and he said he looked forward to getting together with Phil when he gets to town.

6. On or about April 11, 2023, Phil sent me an email stating that "I'm heading to Cincinnati tomorrow. Driving. Then on to Toledo. Sent you all the Kona. I roasted it lighter…" (See **Exhibit A: Email exchange between Phil Drechsler and Evan Rosen, April 11, 2023** attached hereto and incorporated by reference)

DECLARATION OF EVAN M. ROSEN INSUPPORT OF DEFENDANT'S REQUEST FOR PRE-TRIAL RELEASE CASE NO. 2:23-CR-00216-RGK;

7. On or about April 14, 2023, Phil called me. I spoke with him on speakerphone, and my wife, Kathy Hirzel, heard the entire conversation and participated in part of the conversation. Phil sounded relaxed and informed me that he had just driven through Joplin, Missouri where he said he recalled that I worked in my first reporting job after college. He told me that he had spent a night in Flagstaff, Arizona and that hotel prices were higher there than he had expected but that he had found a more affordable option. Further, he told me that he was looking forward to visiting his disabled daughter at a nursing home in Cincinnati in that he hadn't seen her for a while and that he would then be driving up to Toledo to visit with extended family, visit the cemetery where his parents were buried and get together with our former colleagues with whom we worked at WTOL-TV. I was aware that Phil had been laid off in December from KNBC-TV and that he had also previously worked at WCPO-TV in Cincinnati. During this conversation, Phil informed me that he planned to inquire at television stations in Cincinnati whether there might be any suitable executive news producer jobs open. I was aware that his former employer, WCPO-TV, had listed an opening for an executive producer. On speakerphone, he asked my wife, Kathy Hirzel, who is from Ohio, whether she could ever move back to Ohio from California in that he was considering his options for employment in Ohio.

8. At no time during the phone conversation on April 14, 2023 or at any other time did Phil say or suggest that he was fleeing or that he expected to be arrested or that he was distressed.

9. On April 21, 2023, I learned that Phil had been arrested, because WCPO-TV in Cincinnati ran a story about the arrest on the station's web site, and former colleagues from WTOL-TV in Toledo brought the story to my attention.

10. On April 23, 2023, I called the defendant's wife, Melinda Drechsler, to let her know that I was thinking about both of them during this difficult time. Melinda informed me that "our marriage wasn't 100 percent great" and that "I don't want to live with him or be with him any more." Further, Melinda informed me that following the FBI's executing a search warrant at the Drechsler residence, she asked Phil to leave their house and remove his things. Melinda said that

DECLARATION OF EVAN M. ROSEN INSUPPORT OF DEFENDANT'S REQUEST FOR
PRE-TRIAL RELEASE CASE NO. 2:23-CR-00216-RGK;

Phil took some of his more valuable possessions with him since she did not want him to live with her any longer. Further, Melinda said she informed the FBI that Phil had left on a trip to Cincinnati and Toledo and that she also informed the FBI that among Phil's possessions that she insisted he take were guns he had owned for many years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 1, 2023.

Signature: _Evan M. Rosen_

Printed name:  Evan M. Rosen

Address: ▮▮ ▮ San Francisco, CA ▮

Phone Number: ▮

DECLARATION OF EVAN M. ROSEN INSUPPORT OF DEFENDANT'S REQUEST FOR PRE-TRIAL RELEASE CASE NO. 2:23-CR-00216-RGK;

# EXHIBIT A

**Subject:** Re: Leaders of Toledo's Northwest Capital Indicted
**From:** Evan Rosen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** 4/11/2023, 10:33 PM
**To:** Phil D ▮▮▮▮▮▮▮▮▮▮▮▮

Thank you for sending the lighter Kona!
Sounds like a great road trip. Safe travels!

On 4/11/2023 10:15 PM, Phil D wrote:

> Wow!
> They might get their license revoked and 6 months probation!
>
> I'm heading to Cincinnati tomorrow. Driving. Then on to Toledo.
>
> Sent you all the Kona. I roasted it lighter. Sorry I didn't get a chance to include some of the Kona I got from Coffee Bean Corral.
>
> Just ran out of time.
>
>
>
> Sent from my iPhone
>
> > On Apr 11, 2023, at 10:06 PM, Evan Rosen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> >
> > Phil...FYI...Evan
> >
> > https://www.ohioattorneygeneral.gov/Media/News-Releases/April-2023/Toledo-Financial-Managers-Indicted-in-$72-Million

*EXHIBIT A*