# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. CR23-00216-RGK     CourtSmart CS 06/06/2023     Date: June 6, 2023

Present: The Honorable Alka Sagar, United States Magistrate Judge, U.S. Magistrate Judge

| Alma Felix | Bruce K Riordan & Kellye Ng | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

| USA v. Philip Alan Drechsler | Attorney Present for Defendant: Kate L. Morris |
|---|---|
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present |

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).     ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ .     ☐ SEE ATTACHED COPY OF CR-01 BOND FORM
  **FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in
  Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ , in
  Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☑ Other: Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

**PROCEEDINGS:**     ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
                     ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
           ☐ GRANTED     ☐ DENIED
Court ORDERS bail as to the above-named defendant  ☐ modified to  ☐ set at: $ _____
  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).     ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
  before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____     : 48

Deputy Clerk Initials AF