FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP ALAN DRECHSLER,<br><br>Defendant. | Case No. 2:23-cr-00216-RGK<br><br>ORDER OF DETENTION |

I.

On May 30, 2023, Defendant made his initial appearance in this district on the indictment filed in this matter.[1] Deputy Federal Public Defender Kate Morris was appointed to represent Defendant. The Court granted defendant's request to continue the detention hearing and Defendant was detained pending the continued hearing. A detention hearing was held on June 6, 2023. The government was represented by Assistant United States Attorneys Bruce Riordan and Kellye Ng-McCullough.

☐  On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒  On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(3)(E)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

---

[1] Defendant made his initial appearance following his arrest in the Southern District of Ohio on May 4, 2023, and was detained pending his removal to the Central District of California for further proceedings.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency prepared on June 6, 2023, May 30, 2023 and May 4, 2023.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ lack of suitable residence and oversight (consistent staffing)
- ☒ mental health concerns

As to danger to the community:

- ☒ Possession of loaded firearm at time of arrest
- ☒ Defendant's statements re suicide ideations, access to firearms and mental health concerns
- ☒ nature of alleged offense

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any

attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 6, 2023

                                                  /s/
                                      ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE