FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR23-00216-RGK |
| PHILIP ALAN DRECHSLER, Reg No. 55113-510  DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

**TO: UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable Alka Sagar,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date ☒ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith        ☐ as soon as possible        ☐ as requested, at suitable times

☐ Allowed social visits        ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for high blood pressure & be provided with medication
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☒ Other To be provided with an eye exam & eyeglasses. Be provided with an assessment regarding need for colonoscopy due to prostate issues.

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: June 6, 2023

CLERK U.S. DISTRICT COURT
By: Alma Felix (213) 894-1587
Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles        ☐ Southern Division-Santa Ana        ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____

| Name (Print) | Title | Signature |

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)                ABSTRACT OF COURT PROCEEDING