1   E. MARTIN ESTRADA
    United States Attorney
2   MACK E. JENKINS
    Assistant United States Attorney
3   Chief, Criminal Division
    BRUCE K RIORDAN (Cal. Bar No. 127230)
4   KELLYE NG (Cal Bar. No. 313051)
    Assistant United States Attorneys
5        1300 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-0480
7        Facsimile: (213) 894-0141
         E-mail:  bruce.riordan@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,          No. CR 23-0216-RGK

13           Plaintiff,                 [PROPOSED] ORDER CONTINUING TRIAL
                                        DATE AND FINDINGS REGARDING
14               v.                     EXCLUDABLE TIME PERIODS PURSUANT
                                        TO SPEEDY TRIAL ACT
15   PHILIP ALAN DRECHSLER,             [25]

16           Defendant.                 [PROPOSED] TRIAL DATE: 03/05/2024

17

18

19

20

21        The Court has read and considered the Stipulation Regarding

22   Request for (1) Continuance of Trial Date and (2) Findings of

23   Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

24   parties in this matter on June 21, 2023.  The Court hereby finds that

25   the Stipulation, which this Court incorporates by reference into this

26   Order, demonstrates facts that support a continuance of the trial

27   date for all defendants in this matter, and provides good cause for a

28

1  finding of excludable time pursuant to the Speedy Trial Act, 18

2  U.S.C. § 3161.

3       The Court further finds that:  (i) the ends of justice served by

4  the continuance outweigh the best interest of the public and

5  defendant in a speedy trial~~; (ii) failure to grant the continuance~~

6  ~~would be likely to make a continuation of the proceeding impossible,~~

7  ~~or result in a miscarriage of justice; and (iii) failure to grant the~~

8  ~~continuance would unreasonably deny defendant continuity of counsel~~

9  ~~and would deny defense counsel the reasonable time necessary for~~

10 ~~effective preparation, taking into account the exercise of due~~

11 ~~diligence~~.

12      THEREFORE, FOR GOOD CAUSE SHOWN:

13      1.   The trial in this matter is continued from July 25, 2023,

14 at 9:00 a.m. to March 5, 2024 at 9:00 a.m.

15      2.   The time period from the date of this Order until March 5,

16 2024, inclusive, is excluded in computing the time within which the

17 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

18 (h)(7)(B)(i), and (B)(iv).

19 //

20 //

21 //

22

23

24

25

26

27

28

3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


6/22/2023
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE


Presented by:

/s/

BRUCE K. RIORDAN
Assistant United States Attorney

3