KATE L. MORRIS (332159)
DEPUTY FEDERAL PUBLIC DEFENDER
321 EAST 2ND STREET
LOS ANGELES, CA 90012
KATE_MORRIS@FD.ORG
(213) 894-2854

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 23-CR-00216-RGK |
| v. | |
| PHILIP ALAN DRECHSLER | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant PHILIP ALAN DRECHSLER that a hearing be held to review/reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge ALKA SAGAR by order dated: JUNE 6, 2023

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
(1) Mr. Drechsler to reside at Extended Stays America in Burbank until he can rent his own apartment
(2) Condition prohibiting contact with defendant's wife M.D. and daughter J.D.

Relief sought *(be specific)*:
(1) $15,000 appearance bond signed by Jon Werner, plus $20,000 cash deposit by Mr. Drechsler within one week of release; (2) Home incarceration at Extended Stays America (Burbank), and thereafter at his own apartment; (3) Travel restricted to C.D. Cal. and passport surrender; (4) Location monitoring with ankle monitor; (5) No contact with wife M.D. and daughter J.D.; (6) All conditions relating to cases involving sex-offense allegations; (7) No internet-enabled devices; (8) No firearms

Counsel for the defendant and plaintiff United States Government consulted on September 1, 2023 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation on September 1, 2023.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 9/1/2023 | /s/ Kate L. Morris |
|---|---|
| Date | Moving Party |