Kate L. Morris (CA Bar No. 332159)
Federal Public Defender's Office
321 E. 2nd Street, Los Angeles, CA 90012
(Email: Kate_Morris@fd.org)
(Phone: (213) 894-2854)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 23-CR-00216-RGK |
| v. | |
| PHILIP ALAN DRECHSLER | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Alka Sagar

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom 540, 5th Floor.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____        Alma Felix                    213-894-1587
Date                   Deputy Clerk                  Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA.