DECLARATION OF KELLYE NG

I, Kellye Ng, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. Attached hereto as Exhibit A is a true and correct copy of defendant PHILIP ALAN DRECHSLER'S ("defendant") journal entries. The government has produced this discovery to Deputy Federal Public Defender Kate Morris at Bates Numbers USAO_000271-280. Per DFPD Morris's request, the government will be filing these journal entries under seal.

3. Attached hereto as Exhibit B is a true and correct copy of an FBI 302 report drafted by FBI Special Agent Chelsea Malone, dated May 1, 2023, regarding defendant's arrest in Ohio on April 19, 2023. The government has produced this discovery to Deputy Federal Public Defender Kate Morris at Bates Numbers USAO_000001-002.

4. Attached hereto as Exhibit C is a true and correct copy of an FBI 302 report drafted by FBI Special Agent Chelsea Malone, dated August 23, 2023, regarding a telephonic interview with M.D. The government has produced this discovery to Deputy Federal Public Defender Kate Morris at Bates Numbers USAO_000415-416.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 5, 2023.

*Kellye Ng*
KELLYE NG