## Exhibit A


## (UNDER SEAL)

**Exhibit B**

FD-302 (Rev. 5-8-10)

- 1 of 2 -

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION



Date of entry ___05/01/2023___

    On April 19, 2023, between approximately 7:00 AM and 1:15 PM, agents and
task force officers conducted surveillance in the vicinity of the Windgate
by Windham Hotel, 4320 Glendale Milford Road, Cincinnati, Ohio 45242.  No
pertinent activity was observed outside the hotel.

    At approximately 1:15PM, pursuant to an arrest warrant issued from the
Central District of California (Case No. 2:23-MJ-01874), FBI Cincinnati SWAT
personnel arrested PHILIP ALAN DRECHSLER. DRECHSLER was found to be
occupying room 213, and was apprehended by agents in the hotel lobby without
incident. At the time of his arrest, DRECHSLER was in possession of a 9mm
pistol, cell phone, wallet, other items, which were recovered and are listed
in the attached FD-597.

    DRECHSLER initially requested to call his attorney and was not asked any
questions specific to his case. At approximately 1:45PM, DRECHSLER was
admonished with "Advice of Rights" (FD-395) and consented to answer
questions without at attorney present. Around that same time, he consented
to allow agents to search room 213 as well as his silver colored Honda
Accord, bearing California license plate ▮▮▮234 to allow agents to recover
additional firearms.  The consent was documented on a Consent to Search form
(FD-26).  The collection of the items from the hotel room and vehicle are
documented under a separate cover.

    DRECHSLER was transported directly to the FBI Cincinnati Field Office
(Field Office) by FBI SA Aaron Bauder and SA Jonathan Jones. SA Bauder and
SA Jones left the arrest location at approximately 2:10PM, beginning mileage
84,434, and arrived at the Field Office at approximately 2:22PM, ending
mileage 84,439. While traveling to the Field Office, DRECHSLER advised that
he believed he had detected FBI personnel prior to the arrest. Upon
suspecting his arrest, he stayed in his room and contemplated running from
law enforcement, shooting himself in his room, or peacefully complying with
the arrest.

    DRECHSLER was transported from the Field Office to the Hamilton County

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 04/19/2023 at | Cincinnati, Ohio, United States (In Person) |
| File # | ▮▮▮▮▮▮▮▮▮▮▮ | Date drafted  04/20/2023 |
| by | BAUDER AARON, Jonathan P R Jones, Rebecca Louise Saylor DeBord, Kelly M. Snyder | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

(U//FOUO) PHILIP ALAN DRECHSLER;
Continuation of FD-302 of  ARREST/TRANSPORT _____ , On  04/19/2023  , Page  2 of 2

Justice Center (HCJC) by SA Aaron Bauder and SA Rebecca Debord. SA Bauder
and SA Debord departed the Field Office at approximately 3:21PM, beginning
mileage 88,439, and arrived at the HCJC at approximately 4:11PM, ending
mileage 84,451. At that time, DRECHSLER was remanded to the custody of the
HCJC.

On April 20, 2023, at approximately 10:05AM, SA Bauder, SA Jones, and SA
Kelly Snyder took custody of DRECHSLER from the HCJC. DRECHSLER was
transported from the HCJC to the United States Marshal Service (USMS) by SA
Bauder, SA Jones, and SA Snyder at approximately 10:10AM, beginning mileage
84,542, arriving at approximately 10:20AM, ending mileage 84,543. DRECHSLER
was remanded into USMS custody at that time. SA Bauder and SA Snyder
completed a federal buccal swab DNA kit.

[Agent note: The following supporting documents have been attached to be
maintained as 1As in the case file: FD-395, FD-26, Form 527, FD-597, and
transport notes.]

**UNCLASSIFIED//FOUO**

**Exhibit C**

- 1 of 2 -

FD-302 (Rev. 5-8-10) 

## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____08/23/2023_____

M. ▮▮▮▮ (M▮▮▮▮), date of birth ▮▮/1963, phone number ▮▮ -▮▮ was interviewed telephonically by Special Agent (SA) Chelsea Malone. After being advised of the identity of the interviewing Agent and the nature of the interview, M▮▮ provided the following information:

M. D▮▮▮ previously called SA Malone because she heard that PHILIP DRECHSLER (P. DRECHSLER) may be getting a new bond hearing. M. D▮▮ is terrified that P. DRECHSLER will be released and show up on her door. P. DRECHSLER keeps telling M. D▮▮ that the only reason he got denied bail was because she won't let him back at the house. M. D▮▮ is terrified that P. DRECHSLER will approach her or J▮▮ D▮▮▮▮ (J. D▮▮▮▮) if he is released. P. DRECHSLER still won't take accountabilities for his actions and talks to M. D▮▮ like he is just going to be released from prison like nothing happened.

If P. DRECHSLER came near M. D▮▮ or J. D▮▮▮ it would be bad for their mental health. M. D▮▮▮ does not believe that P. DRECHSLER would physically hurt them, but she also does not know his mental state.

P. DRECHSLER has no income. If P. DRECHSLER makes bail, he will have to take money from his retirement account. In order to get money from Ameritrade, P. DRECHSLER would have to have access to the internet. M. D▮▮▮ can not take the money out of his retirement; she is a beneficiary, but does not have the authority to withdraw money. All of P. DRECHSLER's funds are in his retirement accounts and he has no liquid cash. M. D▮▮ only has enough money saved up to make her house payments until March. The whole situation has created a lot of impending financial concerns for M. D▮▮, including losing her house. If P. DRECHSLER takes money out of their savings account, M. ▮▮▮▮ will not have enough left for her mortgage and may lose the house. M. D▮▮ does not know where P. DRECHSLER would get the money for bail, unless he pulled it from his retirement accounts but that would take a bit of time. M. D▮▮ and P. DRECHSLER are also in the middle of a divorce, so they are not supposed to move money/assets around.

M. D▮▮ doesn't currently speak to P. DRECHSLER, but the last time

---

Investigation on __08/22/2023__ at   Lancaster, California, United States (Phone)

File # ▮▮▮▮▮▮▮▮                                      Date drafted __08/22/2023__

by   CHELSEA MALONE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO_000415

FD-302a (Rev. 5-8-10)

(U) Telephonic Interview of M███████

Continuation of FD-302 of D███████ 8/22/23 _____ , On  08/22/2023 , Page  2 of 2

they spoke, while he was in prison, he wouldn't take accountability for what he did. P. DRECHSLER has apologized for what M. D███████ is going through, but hasn't actually apologized for what he has done. P. DRECHSLER blamed his actions on COVID, depression, and ADHD. M. D███████ knows that isn't true because P. DRECHSLER told M. D███████ that he started looking into that type of content years ago when they moved to Burbank and he made a Tumblr account. One key point that P. DRECHSLER keeps telling M. D███████ is that he never physically touched anyone. P. DRECHSLER told M. D███████ that since he never physically touched anyone, he technically never cheated on her. P. DRECHSLER just keeps coming up with excuses.