CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KATE L. MORRIS (Bar No. 332159)
Deputy Federal Public Defender
(E-Mail: Kate_Morris@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
PHILIP ALAN DRECHSLER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PHILIP ALAN DRECHSLER, <br> Defendant. | Case No. 23-CR-00216-RGK <br><br> **[PROPOSED] ORDER RE: TEMPORARY RELEASE FROM CUSTODY** |

COMPELLING REASONS HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Philip Alan Drechsler shall be released from custody on Tuesday, September 19, 2023, pursuant to 18 U.S.C. § 3142(i), under the following terms and conditions, along with the additional conditions noted on the bond form:

1. Mr. Drechsler shall be released on an unsecured appearance bond in the amount of $15,000, to be signed by his cousin, Jon Werner;
2. Supervision by Pretrial Services;
3. Surrender all passports and travel documents no later than 72 hours of release, sign a Declaration re Passport and Other Travel Documents (Form CR-37), and do not apply for a passport or other travel document during the pendency of the case;

4. Travel restricted to the Central District of California;
5. Reside as approved by Supervising Agency and do not relocate without prior permission;
6. No contact with any known victim or witness, including but not limited to M.D. and J.D.[1], except for communications necessary to divorce proceedings;
7. Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons, and submit to compliance searches;
8. Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Pretrial Services;
9. Home Incarceration, to remain at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and for visits to the bank as necessary to engage in business relating to personal finances, all of which must be pre-approved by Pretrial Services;
10. Participate in the Location Monitoring Program, with an ankle monitor, at the discretion of Pretrial Services;
11. All conditions under "Cases Involving a Sex-Offense Allegation" shall be checked, along with the compliance search boxes; and
12. Under "Other Conditions":
    a. No internet-enabled devices, but a cellphone without internet capability is permitted.

//
//
//
//
//
//

---

[1] The full names of M.D. and J.D. are known to the Court and the parties.

  b. Release strictly time-limited, from Tuesday, September 19, 2023 to Tuesday, October 3, 2023. On Tuesday, October 3, 2023, Mr. Drechsler shall self-surrender to the custody of the U.S. Marshals Service at Santa Ana Jail.

DATED: _____, 2023     By _____
           HON. ALKA SAGAR
           United States Magistrate Judge

Presented by:

*/s/ Kate L. Morris*
Kate L. Morris
Deputy Federal Public Defender