# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. **CR23-00216-RGK**  CourtSmart **CS 09/15/23**  Date: **September 15, 2023**

Present: The Honorable **Alka Sagar**, U.S. Magistrate Judge

| Connie Chung | Kellye Ng-McCullough / Bruce Riordan | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

USA v. **Philip Alan Drechsler**

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: **Kate L Morris**

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**  ☐ Contested detention hearing is held.

- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Witnesses CST (see separate list). ☐ Exhibits Marked/Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at: $** _____ . ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____ .
- ☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ , in Courtroom _____ before Judge _____ .
- ☐ Release Order Issued - Release No. _____ .
- ☐ Other: _____

**PROCEEDINGS:**  ☑ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED ☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ modified to ☐ set at: $ _____
  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
- ☐ Bond previously set is ordered vacated.
- ☐ Court orders defendant permanently detained. See separate order.
- ☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
- ☐ Witnesses CST (see separate list). ☐ Exhibits Marked / Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☑ Case continued to **September 21, 2023** at **11:30** ☑ a.m. / ☐ p.m. for **Continued Status Conference** before Judge **Alka Sagar** in Courtroom **540 / Roybal** .
- ☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
- ☑ Other **The parties shall meet and confer and submit a proposed order detailing conditions under which Defendant would be permitted temporary release, as discussed on the record, as well as a proposed order for the Court to recommend transfer of Defendant to Santa Ana Jail during pendency of this case.**
- Release Order Issued - Release No. _____ .

00 : 30

Deputy Clerk Initials **CC**

M-46 (10/21)   MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING