FILED
CLERK, U.S. DISTRICT COURT

9/18/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm___ DEPUTY

1 | CUAUHTEMOC ORTEGA (Bar No. 257443)
    Federal Public Defender
2 | KATE L. MORRIS (Bar No. 332159)
    Deputy Federal Public Defender
3 | (E-Mail:  Kate_Morris@fd.org)
    321 East 2nd Street
4 | Los Angeles, California 90012-4202
    Telephone:  (213) 894-2854
5 | Facsimile:  (213) 894-0081

6 | Attorneys for Defendant
    PHILIP ALAN DRECHSLER

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN DIVISION

11 | UNITED STATES OF AMERICA,          Case No. 23-CR-00216-RGK

12 |         Plaintiff,                 [~~PROPOSED~~] ORDER RECOMMENDING THAT THE U.S. MARSHALS SERVICE TRANSFER DEFENDANT PHILIP ALAN DRECHSLER FROM THE METROPOLITAN DETENTION CENTER TO SANTA ANA JAIL

13 |         v.

14 | PHILIP ALAN DRECHSLER,

15 |         Defendant.

16

17 |     GOOD CAUSE HAVING BEEN SHOWN, the Court hereby recommends that

18 | the United States Marshals Service transfer defendant Philip Alan Drechsler from the

19 | Metropolitan Detention Center ("MDC") to Santa Ana Jail as expeditiously as possible.

20

21

22 | DATED: September  18, 2023              /S/
                                         _____
23 |                                      HON. ALKA SAGAR
                                         United States Magistrate Judge

24 | Presented by:

25 | /s/ Kate L. Morris
    _____
    Kate L. Morris
26 | Deputy Federal Public Defender

27

28