*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
10/2/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CD   DEPUTY

PACTS No: 8529303

**Passport Receipt**

Defendant Name: Philip Alan Drechsler

Name on passport, if different:

Country of Origin: U.S.

Date passport issued: 02/20/97

Expiration date of passport: 02/20/07

Country of Origin: U.S.

Date passport issued: 02/06/10

Expiration date of passport: 02/05/20

Ordered by court in the Central District of California

Docket Number: 0973 2:23CR00216-1

U.S. Probation & Pretrial Services
Roybal

Chelsea Malone     /s/ Chelsea Malone          10/02/23
Surrendered By                                 Date

Lilia Flores                                   10/02/23
Received By                                    Date


Returned To                                    Date


Surrendered By                                 Date

Purpose Returned
Address (if mailed)

Ronald Reagan Federal Building & U.S. Courthouse, 411 West Fourth Street, Suite 4070, Santa Ana, CA 92701 / 714-338-4550 phone, 714-338-4570 fax