# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR23-00216-RGK |
| Date | October 13, 2023 |

Present: The Honorable **Alka Sagar, United States Magistrate Judge**

Interpreter: None

| Alma Felix | CS 10/13/23 | Kellye Ng |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Philip Alan Drechsler | X | X | | Kate L. Morris | X | | X |

**Proceedings:** CONTINUED HEARING RE EX PARTE APPLICATION FOR TEMPORARY RELEASE (Docket No. 38)

Case called. Counsel make their appearance. Also present was Pretrial Services Officer, Fatima Vasquez.

The matter is before the Court on the Ex Parte Application for Temporary Release (Docket No. 38). For the reasons stated on the record the application is DENIED.

The parties are directed to meet and confer and file a stipulation setting forth the conditions for a temporary release.

IT IS SO ORDERED.

| | : | 19 |
|---|---|---|
| | Initials of Deputy Clerk | AF |

cc: R. Gary Klausner
    United States District Judge