KATE MORRIS (Bar No. 332159)
(E Mail:  kate_morris@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>PHILIP ALAN DRECHSLER,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>23-CR-00216-RGK<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed   ☐ Lodged:  (**List Documents**)

(1) Unopposed Ex Parte Application to File Under Seal;
(2) [Proposed] Order; and
(4) Under Seal Documents.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| December 11, 2023 | /s/ Kate Morris |
|---|---|
| Date | Attorney Name |
|  | Defendant, Philip Alan Drechsler |
|  | Party Represented |

*Note:*  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**