CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KATE L. MORRIS (Bar No. 332159)
(E-Mail: Kate_Morris@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
PHILIP ALAN DRECHSLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 23-CR-00216-RGK |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF ERRATA RE: DOCKET 51** |
| PHILIP ALAN DRECHSLER, | |
| Defendant. | |

Defendant Philip Alan Drechsler, through his counsel of record, Deputy Federal Public Defender Kate L. Morris, hereby submits this Notice of Errata regarding Docket No. 51 (Proposed Order on Stipulation), filed on December 12, 2023.

//
//
//
//
//
//

Counsel for defendant inadvertently put the incorrect date in the introductory paragraph of the order regarding Mr. Drechsler's temporary release from custody and requests that Docket 51 be stricken from the Court's record.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 12, 2023    By  /s/ *Kate L. Morris*
Kate L. Morris
Deputy Federal Public Defender
Attorney for PHILIP ALAN DRECHSLER

2