KATE L. MORRIS (335159)
DEPUTY FEDERAL PUBLIC DEFENDER
321 EAST 2ND STREET
LOS ANGELES, CA 90012
KATE_MORRIS@FD.ORG
(213) 894-2854

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. PHILIP ALAN DRECHSLER DEFENDANT. | CASE NUMBER 23-CR-00216-RGK APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |
|---|---|

Application is made by ☐ plaintiff ☒ defendant PHILIP ALAN DRECHSLER that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☒ Magistrate Judge ALKA SAGAR by order dated: JUNE 6, 2023

☒ denying release and imposing detention under subsection ☐ (d) or ☒ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☒ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
The defense appeals the Magistrate Judge's denial of bond.

Relief sought *(be specific)*:
(1) $15,000 appearance bond signed by Jon Werner, plus $20,000 cash deposit by Mr. Drechsler within one week of release; (2) Home incarceration at Extended Stays America apartment hotel; (3) Travel restricted to C.D. Cal. and passport surrender; (4) Location monitoring with ankle monitor; (5) No contact with wife M.D. and daughter J.D.; (6) All conditions relating to cases involving sex-offense allegations; (7) No internet-enabled devices; (8) No firearms

Counsel for the defendant and plaintiff United States Government consulted on January 22, 2024 and opposing counsel declines to stipulate to an order providing the relief sought.

☒ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☒ PSA ☐ Interpreter ☐ USM ☐ Probation on January 22, 2024.

An interpreter is ☐ required ☒ not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

| 1/22/2024 | /s/ Kate L. Morris |
|---|---|
| Date | Moving Party |