UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cr-00216-RGK | Date | January 25, 2024 |

Present: The Honorable **R. GARY KLAUSNER, U.S. District Judge**

Interpreter   n/a

| Joseph Remigio | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Philip Alan Drechsler | Not | X | | Not Present | | | |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION [61]**

Before the Court is Defendant's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention [61].  The Court sets the following briefing schedule:

| | |
|---|---|
| Defense motion due by: | February 2, 2024 |
| Government's opposition due by: | February 12, 2024 |
| Any reply due by: | February 16, 2024 |

The motion will be deemed submitted upon the filing of a reply or on the expiry of the reply deadline.  No oral argument necessary.  The Court's ruling will issue thereafter.

SO ORDERED.

                                                                                                          :
                                                        Initials of Deputy Clerk            JRE

cc: AS_Chambers@cacd.uscourts.gov