E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
BRUCE K. RIORDAN (Cal. Bar No. 127230)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0480
     Facsimile: (213) 894-7631
     E-mail:    bruce.riordan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-216-RGK |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR MODIFICATION OF THE BRIEFING SCHEDULE FOR DEFENDANT'S APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION FOR MOTION; DECLARATION OF BRUCE K. RIORDAN |
| PHILIP ALAN DRECHSLER, | |
| Defendant. | |

Respondent United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Bruce K. Riordan, hereby submits this *unopposed* ex parte application for modification of the briefing schedule in the above captioned case. Defendant's counsel has informed the government that there is no opposition to the relief sought herein.

The ex parte application is based upon the attached Declaration of Bruce K. Riordan, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: February 12, 2024         Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 MACK E. JENKINS
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                         /s/
                                 BRUCE K. RIORDAN
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

DECLARATION OF BRUCE K. RIORDAN

I, BRUCE K. RIORDAN, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the United States of America in this matter.

2. On or about January 22, 2024 defendant Philip Alan Drechsler, by and through his counsel of record, notified the Court that he would seeking review/reconsideration of his detention orders in this matter (the "Application"). (CR Dkt. 61.)

3. On January 25, 2024, the Court set a briefing schedule for the Application as follows: the defense motion due on or before February 2, 2024; the government's opposition due on or before February 12, 2024; and defendants' reply to be filed no later than February 16, 2024. (CR Dkt. 22.)

4. Government's counsel of record has reviewed the defendant's February 2, 2024 filing in support of the Application. (CR Dkt 63.) In light of the filing and the issues raised therein, government counsel contacted counsel for defendant, Deputy Federal Public Defender Kate Morris, seeking an agreed to modification of the briefing schedule as follows: the government's opposition due on or before **February 14, 2024;** and defendants' reply to be filed no later than **February 21, 2024**.

5. Mr. Morris indicated that she has no opposition to the government's application for the modification of the briefing schedule and that the dates were suitable.

6. Accordingly, the government respectfully asks to modify the current briefing deadlines and requests that the Court set the

following briefing schedule: the government's response to the Application to be filed with the Court no later than **February 14, 2024,** and defendant's reply, if any, to be filed no later than **February 21, 2024.**

7. This application is not made for any purpose of delay or tactical advantage, but merely to allow counsel adequate time to provide the Court with sufficient briefing to adjudicate the Application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 12, 2024         /s/ Bruce K. Riordan
                                Bruce K. Riordan
                                Assistant United States Attorney