# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:23-cr-00216-RGK | Date | February 29, 2024 |
|---|---|---|---|
| Title | **USA v. Philip Drechsler** | | |

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio (not present) | Not Reported | Bruce K. Riordan (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorneys* |

| U.S.A. v. Drechsler | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Philip Alan Drechsler | Not | X | | Kate L. Morris (not present) | | X | |

**Proceedings:**  **(IN CHAMBERS) Order Re: Application for Review of Detention Order [DE 61]**

On May 5, 2023, Defendant was indicted on three counts for Distribution of Child Pornography. On May 30, 2023, Defendant made his initial appearance in the Central District of California. At a June 6, 2023, detention hearing Magistrate Judge Sagar order that Defendant be detained pending trial. On September 1, 2023, Defendant filed an Application for Reconsideration, which was referred to Magistrate Judge Sagar, and which Magistrate Judge Sagar denied. On January 22, 2024, Defendant filed the current Application for Review of Detention Order, as an appeal of Magistrate Judge Sagar's denial of Defendant's September 1, 2023 application.

Upon review and consideration of the facts and arguments presented by the parties, the Court finds detention appropriate. Based on the nature of the alleged offense; lack of an identified, appropriate place to live if released on bond; and concerns regarding Defendant's mental health, the Court finds there is no condition or combination of conditions that will reasonably assure both the safety of the community and Defendant's appearance as required.

Therefore, the Court **DENIES** the Application for Review of Detention Order

**IT IS SO ORDERED.**

| | Initials of Preparer | JRE/vc |
|---|---|---|