**DENIED BY THE COURT**

By: /s/ Gary Klausner
Hon. R. Gary Klausner
U.S. District Judge
Dated: 8/2/2024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP ALAN DRECHSLER,<br><br>Defendant. | Case No. 23-CR-00216-RGK<br><br>[PROPOSED] ORDER TO PERMIT VIDEOTAPING OF PHILIP ALAN DRECHSLER AT U.S. MARSHALS LOCK-UP IN FIRST STREET COURTHOUSE ON AUGUST 14, 2024 [76] |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the United States Marshal's Service is directed to allow DFPD Kate Morris and FPD Investigator Mario Longsworth to videotape Philip Alan Drechsler, an inmate at Santa Ana Jail (Bkg. No. 23-00002243), on August 14, 2024 at the U.S. Marshals lock-up in the First Street Courthouse. DFPD Morris and Investigator Longsworth shall be permitted to bring a video camera and audio recording device into the USMS lockup for this purpose.

DATED: July __, 2024

**DENIED BY THE COURT**
_____
HONORABLE R. GARY KLAUSNER
United States District Judge

Presented by:
/s/ Kate L. Morris
KATE L. MORRIS
Deputy Federal Public Defender

1