1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  KATE L. MORRIS (Bar No. 332159)
   (E-Mail: Kate_Morris@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   PHILIP ALAN DRECHSLER

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11

12 | UNITED STATES OF AMERICA,    | Case No. 23-CR-00216-RGK
13 |        Plaintiff,            |
14 |   v.                         | **STIPULATION TO CONTINUE SENTENCING HEARING**
15 | PHILIP ALAN DRECHSLER,       | Sentencing Date: December 2, 2024
16 |        Defendant.            | Proposed Date: December 9, 2024

17

18  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United
19 States of America, by and through Assistant United States Attorney Bruce K. Riordan;
20 and defendant Philip Alan Drechsler, by and through his attorney of record, Deputy
21 Federal Public Defender Kate L. Morris, that:

22   1.    On May 30, 2024, Mr. Drechsler entered a guilty plea, pursuant to a
23 written plea agreement, to count one of the indictment filed in this matter, which
24 charges distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A),
25 (b)(1). The Court set Mr. Drechsler's sentencing for October 7, 2024 and ordered the
26 preparation of a Presentence Report ("PSR"). The PSR was disclosed on August 30,
27 2024.

28   2.    Mr. Drechsler is in custody and faces a five-year mandatory minimum

sentence. He has currently served approximately 18 months in detention.

3. Defense counsel requires additional time to prepare a mitigation package, which includes gathering and reviewing numerous records and character letters. Defense counsel has submitted various records requests and is still awaiting receipt of one set of records. Additionally, two of Mr. Drechsler's close friends wish to attend the sentencing hearing but are unavailable due to Thanksgiving travel plans on the current date of December 2, 2024. Consequently, the parties agree that a brief continuance of one week is appropriate.

4. This is the second request for a continuance of sentencing.

5. Accordingly, the parties respectfully request that the Court continue the sentencing hearing in this matter from December 2, 2024 to December 9, 2024.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 25, 2024    By  /s/ *Kate L. Morris*
Kate L. Morris
Deputy Federal Public Defender
Attorney for Philip Alan Drechsler

E. MARTIN ESTRADA
United States Attorney

DATED: October 25, 2024    By  /s/ *Bruce K. Riordan (by email authorization)*
BRUCE K. RIORDAN
Assistant United States Attorney