CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KATE L. MORRIS (Bar No. 332159)
(E-Mail: Kate_Morris@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
PHILIP ALAN DRECHSLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIP ALAN DRECHSLER,<br><br>　　　　Defendant. | Case No. 23-CR-00216-RGK<br><br>[PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM DECEMBER 2, 2024 TO DECEMBER 9, 2024<br><br>[81] |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued from December 2, 2024 to December 9, 2024 at 10:00 a.m.   Further extension disfavored.

DATED: 10/29/2024

　　　　　　　　　　　　　　　　　　　　　_/s/ Gary Klausner_
　　　　　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

_/s/ Kate L. Morris_
Deputy Federal Public Defender