Kate Morris, DFPD
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012
(213) 894-2854

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cr-00216-RGK |
| v. | |
| PHILIP ALAN DRECHSLER | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

(1) Ex Parte Application to File Under Seal
(2) Proposed Order Filing Documents Under Seal
(3) Under Seal Documents

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| | |
|---|---|
| November 21, 2024 | Kate Morris, DFPD |
| Date | Attorney Name |
| | Philip Alan Drechsler, Defendant |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**